NUMBER 13-01-218-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


PABLO TREVINO, Appellant,


v.



DIANE S. TREVINO, Appellee.

___________________________________________________________________


On appeal from the 206th District Court


of Hidalgo County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and Yanez


Opinion Per Curiam


Appellant, PABLO TREVINO, perfected an appeal from a judgment entered by the 206th District Court
of Hidalgo County, Texas, in cause number C-3588-98-D. The notice of appeal was filed on April 2,
2001. Pursuant to Tex. Gov't Code §51.207(b)(1) and § 51.941(a)(1), a filing fee in the amount of
$125.00 is due upon the filing of an appeal. To date, appellant has failed to pay the filing fee. 

On May 10, 2001, pursuant to Tex. R. App. P. 42.3(c), notice was given to appellant that he was
delinquent in remitting this filing fee and that, unless the filing fee was paid within ten days from the date
of receipt of this Court's notice, this appeal would be dismissed. To date, appellant has failed to respond
to this Court's notice.

The Court, having considered the documents on file and appellant's failure to comply with the rules, is of
the opinion that the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of June, 2001